United States District Court
Southern District of Texas
**ENTERED**
September 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Calvin E. Weaver, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action H-21-2695 |
| versus | § | |
| | § | |
| Warden Polk, | § | |
| | § | |
| Defendant. | § | |

## Final Judgment

Calvin E. Weaver's case is dismissed without prejudice.

Signed at Houston, Texas, on _____September 28_____, 2021.


_____
Lynn N. Hughes
United States District Judge